AO 245D    Judgment in a Criminal Case for Revocations
(Rev. 12/19)   Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JUSTIN HIGH | Case No. 5:18-CR-00002-MTT-CHW(11) |
| | USM No. 00614-120 |
| | E. ADDISON GANTT |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   1   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Failed to refrain from violation of the law in violation of the mandatory condition of supervision. On or about December 6, 2022, the person under supervision committed the offense of Failure to Register as a Sex Offender, in violation of O.C.G.A. § 42-1-14(f), in Houston County, Georgia. | 12/06/2022 |

The defendant is sentenced as provided in pages 2 through   2  . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   8977

Defendant's Year of Birth:   1987

City and State of Defendant's Residence:
Warner Robins, Georgia

June 29, 2023
Date of Imposition of Judgment

S/ Marc T. Treadwell
Signature of Judge

MARC T. TREADWELL
CHIEF UNITED STATES DISTRICT JUDGE
Name and Title of Judge

7/7/2023
Date

AO 245D    Judgment in a Criminal Case for Revocations
Rev. 12/19)   Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: JUSTIN HIGH
CASE NUMBER: 5:18-CR-00002-MTT-CHW(11)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : Ten (10) months imprisonment.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL